**Order issued July 17, 2012**



In The

# Court of Appeals
**For The**
# First District of Texas

---

## NO. 01-12-00495-CV

---

**NORMA DAVID, Appellant**

**V.**

**VIRGINIA DAVID, Appellee**

---

**On Appeal from 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-70840**

---

## MEMORANDUM ORDER

By memorandum opinion dated July 12, 2012, the Court dismissed this appeal

for want of prosecution on the ground that appellant had failed to timely pay the

required filing fee. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases

unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). Through no fault of counsel, a posting error occurred here at the Court. Appellant had paid the filing fee before we dismissed the case.

Accordingly, we withdraw our opinion, vacate the judgment, and reinstate the appeal. The clerk's record has been filed. The deadline to file the reporter's record is extended to 30 days from the date of this order. Appellant will have 30 days from the filing of the reporter's record to file her brief.

It is so **ORDERED**.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Brown.